AO 91 (Rev. 11/11)  Criminal Complaint (Rev. by USAO on 3/12/20)   ☐ Original   ☐ Duplicate Original

LODGED
CLERK, U.S. DISTRICT COURT
11/02/2022
CENTRAL DISTRICT OF CALIFORNIA
BY: ____AP____ DEPUTY

# UNITED STATES DISTRICT COURT
for the
Central District of California

FILED
CLERK, U.S. DISTRICT COURT
11/3/2022
CENTRAL DISTRICT OF CALIFORNIA
BY: ____D.C.____ DEPUTY

UNITED STATES OF AMERICA,

v.

BENJAMIN MASIEL,

Defendant.

Case No. 5:22-mj-00689

## CRIMINAL COMPLAINT BY TELEPHONE
## OR OTHER RELIABLE ELECTRONIC MEANS

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.  On or about the date of June 5, 2022, in the county of Riverside in the Central District of California, the defendant violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 922(g)(1) | Felon in Possession of a Firearm and Ammunition |

This criminal complaint is based on these facts:

*Please see attached affidavit.*

☒ Continued on the attached sheet.

/s/ Pursuant to Fed. R. Crim. P. 4.1
*Complainant's signature*

ATF Special Agent Jarrett Keegan
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone.

Date: 11/3/22

*Judge's signature*

City and state: Riverside, California     Hon. Shashi H. Kewalramani, U.S. Magistrate Judge
*Printed name and title*

AUSA: Stephen T. Merrill - (951) 276-6144

**AFFIDAVIT**

I, Jarrett Keegan, being duly sworn, declare and state as follows:

## I. PURPOSES OF AFFIDAVIT

1. This affidavit is made in support of a criminal complaint against and arrest warrant for Benjamin MASIEL for a violation of 18 U.S.C. § 922(g)(1) (Felon in Possession of a Firearm and Ammunition) on June 5, 2022.

2. The facts set forth in this affidavit are based upon my personal observations, my training and experience, my review of official reports, and information obtained from various law enforcement personnel and witnesses. This affidavit is intended to show merely that there is sufficient probable cause for the requested complaint and arrest warrant, and it does not purport to set forth all of my knowledge of or investigation into this matter. Unless specifically indicated otherwise, all conversations and statements described in this affidavit are related in substance and in part only.

## II. BACKGROUND OF AFFIANT

3. I am a Special Agent ("SA") with the United States Department of Justice, Bureau of Alcohol, Tobacco, Firearms and Explosives in San Bernardino, California. I joined ATF in July 2014. Before becoming an ATF SA, I was a Federal Air Marshal for seven years. During my career in federal law enforcement, I have received extensive training regarding federal criminal law. My education includes a Bachelor's Degree in Aerospace Studies

from Embry Riddle Aeronautical University and a Master's Degree in Security Management from American Military University.

4.  As an SA, I have completed training at the ATF National Academy and the Federal Law Enforcement Training Center related to federal firearms and narcotics laws and regulations.  I regularly refer to these laws and regulations during the course of my duties and have written and participated in the execution of numerous search and arrest warrants for violations of these statutes.  During my career in the field, I have participated in the investigation, surveillance, and arrest of numerous prohibited persons in possession of firearms, as well as firearms and narcotics traffickers, and subjects engaged in crimes of violence such as robbery and murder.

### III.  SUMMARY OF PROBABLE CAUSE

5.  During the early morning hours of June 5, 2022, deputies with the Riverside County Sheriff's Department ("RSO") responded to a Wildomar, California gas station following a report of a crashed vehicle.  Deputies arrived on scene to find a Porsche SUV off the pavement resting on a planter adjacent to the gas station parking lot.

6.  Deputies encountered MASIEL in the passenger seat of the vehicle and attempted to verify his identity once he was out of the vehicle.  MASIEL provided a fake name to deputies but was subsequently identified by deputies using facial recognition technology.  Deputies learned MASIEL was on parole and had an outstanding felony arrest warrant.  After learning MASIEL was on

parole, officers searched MASIEL's person and found a loaded Sig Sauer pistol magazine in MASIEL's left pant pocket. The magazine was loaded with 17 rounds 9mm of ammunition. An assortment of suspected narcotics was also pulled from MASIEL's pockets.

7. Deputies searched the Porsche and found a backpack positioned on the floorboard of the front passenger seat. Deputies opened the backpack and saw it was filled with men's clothing and toiletries, as well as a loaded Sig Sauer P320 9mm pistol, matching the magazine found in MASIEL's pocket. Also in the backpack was an additional loaded Sig Sauer P320 magazine as well as a box of 5.56mm tracer ammunition.

8. MASIEL has a 25-year criminal history, with at least 16 felony convictions. Analysis of the firearm and ammunition revealed they were not manufactured in California, with the pistol being traced to its original sale in Oklahoma. An interview with the original purchaser of the weapon revealed it was sold to a subject with California ties approximately a year before it was recovered by law enforcement.

### IV. STATEMENT OF PROBABLE CAUSE

**A.   June 2022 Arrest in Wildomar**

9. Based on my review of written reports of the incident, analysis of photographs and body worn camera ("BWC") footage, and conversations with the involved law enforcement officers, I have learned the following:

   a. On June 5, 2022, at approximately 4:45 a.m., deputies with RSO responded to a vehicle accident at the Arco

Gas Station located at 33986 Orange St., Wildomar, California 92595. Deputy Texeira discovered a single vehicle accident involving a black Porsche Cayenne which had all four wheels in the planter on the southeast corner of the gas station parking lot. Upon his arrival, Deputy Texeira found the driver, Tamara Helo, passed out in the driver's seat of the vehicle. Deputy Texeira had Helo exit the vehicle and Deputy Downs initiated a DUI investigation. Helo was ultimately cited for driving under the influence. A subsequent lab test later revealed Helo had methamphetamine, amphetamine, and phencyclidine in her system at the time of her arrest. At the time she was arrested, Helo provided an alias to deputies. Her true identity was discovered once she was fingerprinted and booked into custody hours later.

      b.    When Deputy Texeira arrived at the scene, MASIEL was sitting in the front passenger seat of the vehicle. While Helo was undergoing the DUI exam, MASIEL sat on the curb to the rear of the Porsche. Deputy Tran arrived to assist and observed the Porsche to have its doors open and observed in plain view a grey and black backpack positioned on the floorboard of the front passenger seat (see BWC image below). MASIEL was asked for his name and provided a fake name and birth date to Deputy Tran. Deputies could not verify MASIEL's identification based on the name and date of birth he provided, but noticed MASIEL consistently looked nervously back towards the front passenger seat. Deputy Tran subsequently took a picture of MASIEL and submitted it through dispatch for identification through facial recognition technology. MASIEL was identified as a match to a

4

photograph in the database. Deputy Tran compared the returned photograph of MASIEL and it was a match. Deputy Tran further reviewed prior booking photos of MASIEL and confirmed MASIEL had tattoos found in the photos. Officers learned that MASIEL was on parole and had an outstanding felony arrest warrant out of San Diego County.

2022-06-05 04:35:48 -0700
AXON BODY 3 X60A42917

c. MASIEL was placed in handcuffs and warned of his Miranda rights. Deputy Texeira searched MASIEL's person, finding a blue glass pipe with a bulbous end and brown residue, a clear glass jar with a white crystalline substance, and a clear plastic wrap with a white crystalline substance in MASIEL's right front pocket. Deputy Texeira also located a wrapped paper with a white crystalline substance inside MASIEL's front right coin pocket. A further search located one brown glass jar with a clear liquid inside of it, as well as a second brown glass jar with a clear liquid, both being found in MASIEL's left front pocket. Deputy Tran suspected the white

crystalline substances was methamphetamine and the liquid substances was liquid methamphetamine.

        d.    Deputy Tran advised MASIEL that any further contraband on his person during a search in jail could warrant an additional charge, providing him an opportunity to self-disclose additional unrecovered contraband on his person. Just after being admonished by Deputy Tran, MASIEL responded, "There is something in my pocket sir." When Deputy Tran asked for clarification, MASIEL followed up, "I think there is something in my pocket, still." Deputy Tran asked if the object was in MASIEL's left pant pocket and MASIEL confirmed. Deputy Tran then conducted a follow up search, locating a Sig Sauer P320 magazine containing 17 rounds of 9mm ammunition in MASIEL's left front pocket (see BWC images below). Deputy Tran asked MASIEL if he was a convicted felon and MASIEL replied, "Ah, yes sir," but stated he had no idea how the magazine got into his pocket. MASIEL explained his reference to remaining contraband was not the magazine, but a vile of what he described as CBD oil which

was missed on the first search and was subsequently found in the same pocket as the magazine.





    e.    Believing a firearm associated with the magazine was possibly concealed in the vehicle, Deputy Tran instructed Deputy Texeira to search the front passenger seat where MASIEL was seated. Inside the grey and black backpack, Deputy Texeira located a Sig Sauer P320 9mm pistol displaying serial number #58H164785, which was loaded with one round of 9mm ammunition in

the chamber and 21 rounds of 9mm loaded into the seated magazine (see BWC image below).  An additional magazine containing 20 rounds of 9mm ammunition and one round of .40 caliber ammunition was also located in the backpack.  All three magazines were manufactured by Sig Sauer and fit the P320 series of pistols.  The magazine recovered from MASIEL's pocket was function checked, with deputies confirming the magazine was an exact fit for the P320 pistol recovered inside the vehicle.

       f.   An additional search of the backpack revealed men's clothing and toiletries, and a box containing 20 rounds of




5.56mm tracer ammunition (see BWC image below).  MASIEL was asked about the magazine recovered from his left pocket and stated he knew nothing about it.  Additionally, MASIEL told deputies the gun, ammo, and backpack did not belong to him.

   g. Initially, when provided a Miranda warning, Helo told Deputy Tran she did not want to discuss the backpack found in the front passenger seat.  Later, deputies placed MASIEL and Helo in the same patrol vehicle together for a short time, as the two were separated during the deputies' initial investigation.  After sitting with MASIEL in private in the back of the unit, Deputy Tran opened the rear door of the unit.  Helo then spontaneously claimed, "The gun you were talking about...that's mine."  The patrol vehicle was not equipped with audio or video recording equipment.  Deputy Tran believed MASIEL influenced Helo in the back seat of the unit, convincing Helo to assert ownership of the firearm due to his prohibited status as a convicted felon.  Deputies later discovered that Helo was also prohibited from possessing firearms due to her own felony convictions.

   h. MASIEL was booked on the felony warrant as well as possession of the firearm and ammunition found in the backpack and the ammunition and narcotics found on his person.

 **B.** **Follow Up Investigation**

 10. On October 12, 2022, RSO Senior Investigator Leone, an ATF Task Force Officer, inspected and photographed the property booked into RSO evidence following MASIEL's arrest.

11. On November 1, 2022, I conducted a review of the BWC footage recording during MASIEL's June 5, 2022, arrest by RSO and examined the photographs taken by Investigator Leone. I noticed during a search of the backpack, Deputy Tran pulled out a red bandana as well as a pair of Levi jeans (see BWC images below).





12. I examined a photo of the Levi tag taken by Investigator Leone. The tag showed the jeans were model 559,

size 38 waist and size 30 length. On the report associated with MASIEL's RSO arrest, MASIEL was recorded as 5'08" and 200 pounds.

13. I examined additional photos of the toiletries pulled from the backpack. I noticed nearly all of the toiletries appeared to be marketed towards men, which included a bottle of Old Spice body wash, two sticks of Old Spice deodorant including one marketed as "Night Panther," and a bottle of Polo by Ralph Lauren cologne.

14. Finally, my attention was caught by a photo taken by Investigator Leone which showed a black t-shirt which was pulled from the backpack (see image below). Screen printed on the front of the t-shirt in white was a graphic which depicted two shirtless male native Americans, both wearing headdresses and necklaces, set to a forested background. Both headdresses featured deer heads with large antlers. The native American male in the foreground featured maroon paint below his eyes and lips. I noted the significance of the shirt, as I am aware MASIEL is native American, being a member of the Pechanga Band of Indians.



15. Following the review of the RSO BWC and photos taken by Investigator Leone, I attempted to match clothing recovered from the backpack to prior law enforcement encounters with MASIEL. Based on prior investigation, I was aware MASIEL was arrested on August 30, 2020, by deputies with the San Diego County Sheriff's Department ("SDSD"). I previously retrieved and reviewed reports and BWC footage which captured the event.

16. I learned SDSD deputies received a call for service regarding reports of indecent exposure inside a parked vehicle. Deputy Sawada arrived on scene and subsequently encountered a shirtless and masked MASIEL occupying the driver's seat of the vehicle, with Helo occupying the passenger seat. After MASIEL provided an alias, Deputy Sawada had MASIEL exit the vehicle. As MASIEL stepped out of the car, Deputy Sawada observed a

12

loaded pistol magazine sticking out of MASIEL's left pant pocket.  The pistol magazine was later found to contain seven rounds of 9mm ammunition.  A later search of the vehicle resulted in the discovery of a loaded unserialized 9mm pistol concealed in the glovebox.  MASIEL was arrested on firearms and narcotics charges.

17.  While reviewing the SDSD BWC footage, I noticed MASIEL was wearing what appeared to be a similarly styled red bandana around his face.  Additionally, I saw MASIEL had a large tattoo on his left bicep, which featured a Native American in traditional headdress.  I watched the video frame by frame and paid close attention to the jeans MASIEL was wearing, noting they were Levi's model 569 jeans, appearing to be size 40 waist (see BWC images below).  Due to the limitations of the BWC, I was unable to discern the length of the jeans printed on the tag.  On the report associated with MASIEL's SDSD arrest, MASIEL was recorded as 5'08" and 200 pounds.





C.  **Criminal History**

18.  I conducted a query of MASIEL's criminal history through the California Law Enforcement Telecommunications System and on the Superior Court of California, County of Riverside online portal.  I observed a 25-year criminal history, with numerous arrests for firearms, crimes of violence, and parole and probation violations.  Finally, I confirmed MASIEL was convicted of a prior felony and was prohibited from possessing firearms under federal law.  A review of MASIEL's criminal history revealed the following prior felony convictions:

a.  On or about March 13, 2007, case no. SWF018794, in the Superior Court of California, County of Riverside, for a violation of California Penal Code Section 273.5(a), Inflict Corporal Injury on Spouse;

b.  On or about March 13, 2007, case no. SWF017156, in the Superior Court of California, County of Riverside, for a

14

violation of California Penal Code Section 273.5(e)(1), Inflict Corporal Injury Resulting in Traumatic Condition;

    c.  On or about March 13, 2007, case no. SWF003836, in the Superior Court of California, County of Riverside, for a violation of California Penal Code Section 245(a)(1), Assault with a Deadly Weapon to Cause Great Bodily Injury;

    d.  On or about May 11, 2010, case no. SWF029920, in the Superior Court of California, County of Riverside, for a violation of California Health & Safety Code Section 11377, Possession of Controlled Substances;

    e.  On or about February 19, 2014, case no. SWF1400702, in the Superior Court of California, County of Riverside, for a violation of California Penal Code Section 29800(a)(1), Convicted Felon in Possession of a Firearm;

    f.  On or about June 23, 2017, case no. BAF1500405, in the Superior Court of California, County of Riverside, for a violation of California Penal Code Section 29800(a)(1), Convicted Felon in Possession of a Firearm;

    g.  On or about June 23, 2017, case no. BAF1500405, in the Superior Court of California, County of Riverside, for a violation of California Penal Code Section 25400(a), Carry a Concealed Weapon in Vehicle;

    h.  On or about June 23, 2017, case no. BAF1500405, in the Superior Court of California, County of Riverside, for a violation of California Health & Safety Code Section 11370.1, Possession of Controlled Substances While Armed;

    i. On or about June 23, 2017, case no. BAF1501070, in the Superior Court of California, County of Riverside, for a violation of California Vehicle Code Section 2800.2, Evading Arrest;

    j. On or about June 23, 2017, case no. BAF1501070, in the Superior Court of California, County of Riverside, for a violation of California Vehicle Code Section 2800.4, Eluding a Pursuing Peace Officer;

    k. On or about June 23, 2017, case no. BAF1600552, in the Superior Court of California, County of Riverside, in the Superior Court of California, County of Riverside, for a violation of California Penal Code Section 29800(a)(1), Convicted Felon in Possession of a Firearm;

    l. On or about June 23, 2017, case no. BAF1600552, in the Superior Court of California, County of Riverside, for a violation of California Penal Code Section 25400(a), Carry Concealed Weapon in a Vehicle;

    m. On or about June 23, 2017, case no. BAF1600552, in the Superior Court of California, County of Riverside, for a violation of California Health & Safety Code Section 11370.1, Possession of a Controlled Substances While Armed;

    n. On or about June 23, 2017, case no. BAF1600552, in the Superior Court of California, County of Riverside, for a violation of California Penal Code 30600(a), Manufacture, Transport, or Lend an Assault Weapon;

    o. On or about June 23, 2017, case no. BAF1600552, in the Superior Court of California, County of Riverside, for a

violation of California Penal Code Section 30605(a), Possession of an Assault Weapon; and

      p.  On or about November 30, 2020, case no. SWF1900597, in the Superior Court of California, County of Riverside, for a violation of California Vehicle Code Section 23153(f), Driving under the Influence of Drugs Causing Injury.

    19.  On October 14, 2022, I contacted California Department of Corrections and Rehabilitation ("CDCR") Parole Officer ("P.O.") Garcia, MASIEL's assigned P.O.  I learned MASIEL was release from prison and placed on parole on November 30, 2020.  According to P.O. Garcia, since being placed on parole, MASIEL had consistently not met the terms of his supervision, being the subject of multiple parole violations.  P.O. Garcia advised MASIEL was no longer in contact with him, adding that MASIEL was presently the subject of two failure to appear felony arrest warrants stemming from Riverside County.

    **D.**    **Interstate Nexus & Gun Trace**

    20.  On October 13, 2022, ATF SA Paul Kirwan, an agent with special training in determining the manufacturing origins of firearms and ammunition, examined photos of the Sig Sauer P320 9mm pistol displaying serial number #58H164785 as well as photos of the 59 rounds of 9mm ammunition, one round of .40 caliber ammunition, and 20 rounds of 5.56mm ammunition which were recovered at the time of MASIEL's June 5, 2022 arrest by RSO in Wildomar.  SA Kirwan determined the firearm, as well as all the 9mm, .40 caliber, and 5.56mm ammunition were manufactured outside the State of California.

21. On October 21, 2022, after reviewing a trace report generated by ATF's National Tracing Center, I contacted S.S.[1], the first original purchaser of the Sig Sauer P320 which was seized at MASIEL's arrest. During an interview with S.S., I learned he first purchased the weapon from a Federal Firearms Licensee ("FFL") in Boswell, Oklahoma on April 4, 2020. S.S. stated he tired quickly of the pistol and listed it for sale online during the summer of 2021. S.S. explained he was contacted by a buyer named "Brian" who utilized an 858 area code, one he recognized as originating from San Diego.

22. S.S. explained he asked Brian about the area code, as S.S. was aware he could only sell or transfer the weapon to a fellow Oklahoma resident without the involvement of an FFL. According to S.S., Brian explained he had recently moved to the area approximately six months prior and had utility bills to prove his residency. S.S. stated he ultimately sold the Sig pistol for $900.00 on August 15, 2021, meeting Brian at the Durant, Oklahoma address which matched Brian's utility bills.

23. S.S. stated on December 2, 2021, he was again contacted by Brian who was interested in an AR-type rifle S.S. had posted for sale online. Brian asked S.S. to mail the weapon directly to him in San Diego, but without the use of an FFL. When S.S. told Brian an out of state transfer would need to involve an FFL, Brian told S.S. he still resided in Oklahoma and

---

[1] The true identity of S.S. referred to in this affidavit is known to law enforcement. However, to maintain the integrity of the investigation and to prevent witness intimidation and protect privacy, I have not included the full legal name of S.S.

was just visiting family out west and wanted something to shoot. S.S. said he became extremely suspicious at the request, adding that he suspected Brian may have been involved in firearms trafficking. S.S. stated he declined to sell the weapon and had no further contact with Brian.

## V. CONCLUSION

24. For all the reasons described above, there is probable cause to believe that on June 5, 2022, Benjamin MASIEL committed a violation of 18 U.S.C. § 922(g)(1) (Felon in Possession of a Firearm and Ammunition).

Attested to by the applicant, ATF SA Jarrett Keegan, in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone on this **3rd** day of **November**, 2022.

_____
UNITED STATES MAGISTRATE JUDGE